```
                                                    FILED BY _____ D.C.
        IN THE UNITED STATES DISTRICT COURT
     FOR THE WESTERN DISTRICT OF TENNESSEE        05 MAY 31  PM 6:56
                  WESTERN DIVISION

                                                  ROBERT R. DI TROLIO
                                                  CLERK, U.S. DIST. CT.
                                                  W.D. OF TN, MEMPHIS
```

|                    |   |                   |
|--------------------|---|-------------------|
| CARLOS L. RICE,    | X |                   |
|                    | X |                   |
|     Petitioner,    | X |                   |
|                    | X |                   |
| vs.                | X | No. 05-2376-D/V   |
|                    | X |                   |
| DAVID MILLS,       | X |                   |
|                    | X |                   |
|     Respondent.    | X |                   |

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS
AND
ORDER DIRECTING PETITIONER TO PAY THE HABEAS FILING FEE

Petitioner Carlos L. Rice, Tennessee Department of Correction prisoner number 259965, an inmate at the West Tennessee State Penitentiary ("WTSP") in Henning, Tennessee, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on May 19, 2005, along with a motion seeking leave to proceed in forma pauperis. Based on the information set forth in the petitioner's affidavit, the motion to proceed in forma pauperis is DENIED. The petitioner is ORDERED to pay the five dollar ($5.00) habeas filing fee within thirty (30) days of the date of entry of this order. Failure to timely comply with this order will result in

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-2-05



dismissal of the petition without prejudice, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.

IT IS SO ORDERED this  31  day of May, 2005.

*[signature]*
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02376 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Carlos L. Rice
WEST TENNESSEE STATE PENITENTIARY
259965
P.O. Box 1150
Henning, TN 38041

Honorable Bernice Donald
US DISTRICT COURT