UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY ___ D.C.
05 JUL 28 AM 11: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

**CARLOS L. RICE**                               **JUDGMENT IN A CIVIL CASE**

**v.**

**DAVID MILLS**                                  **CASE NO: 05-2376-D**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal entered on July 21, 2005, this cause is hereby dismissed.

APPROVED:

_(signed)_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

July 28, 2005
Date

THOMAS M. GOULD
Clerk of Court

_(signed)_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-1-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02376 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Carlos L. Rice
WEST TENNESSEE STATE PENITENTIARY
259965
P.O. Box 1150
Henning, TN 38041

Honorable Bernice Donald
US DISTRICT COURT